**UNSEALED**

1/28/16 TR

United States District Court
Southern District of Texas
FILED

JAN 19 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | Criminal No. **M-16-0070** |
| LUIS DONALDO PINA | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about August 2, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LUIS DONALDO PINA**

did knowingly and willfully export and cause to be exported and attempted to export and attempted to cause to be exported into the United Mexican States from the United States of America a defense article, that is, to wit: one (1) FNH, model SCAR 16S, 5.56 caliber rifle; approximately 2,909 round of .223 caliber ammunition; approximately 350 rounds of 7.62 caliber ammunition; approximately 200 rounds of .50 caliber ammunition; and, approximately 500 rounds of .308 caliber ammunition, which were designated as defense articles on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export.

In violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1, and 127.3 and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*[signature]*
ASSISTANT UNITED STATES ATTORNEY