AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1] | Date<br>LUIS DONALDO PINA (7:16-CR-070-01) |
| Check one box below to indicate appropriate method of service |

☒ Served personally upon the defendant at: 10205 N. 12th St. McAllen, TX

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3-23-18
            Date

Gary Blankinship
Name of United States Marshal

Pedro DeLuna
(by) Deputy United States Marshal

Remarks:

X _____

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.